UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,
                                    :   18cr0728 (DLC)
         -v-                        :
                                        ORDER
ROBERT CAPOFARI,                    :

              Defendant.            :

------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the United States Probation Office shall prepare a PreSentence Investigation Report. Counsel for defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

    IT IS HEREBY ORDERED that sentencing is scheduled for **July 10, 2020** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **June 25** and the defendant's submission shall be due **July 2**. Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:  New York, New York
        April 3, 2020

                              _____
                                   DENISE COTE
                              United States District Judge