UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
UNITED STATES OF AMERICA,                   :    18cr0728 (DLC)
                                            :
              -v-                           :    ORDER
                                            :
ROBERT CAPOFARI,                            :
                                            :
                        Defendant.          :
                                            :
-------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2020
```

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's sealed letter dated May 1, 2020 and with the consent of the Government, it is hereby

ORDERED that the July 10, 2020 sentencing date is rescheduled for **September 11, 2020** at **2 p.m.**

IT IS FURTHER ORDERED that the Government's submission regarding sentence shall be due **August 28** and the defendant's submission shall be due **September 4**.  Counsel shall provide one (1) courtesy copy of their submissions to the Court by mail or delivery to the U.S. Courthouse, 500 Pearl Street, New York, NY.

Dated:    New York, New York
          May 4, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge