```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :     18cr728(DLC)
                                      :
            -v-                       :        ORDER
                                      :
ROBERT CAPOFARI,                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having informed the Court that he prefers that the **October 1, 2020** sentencing in this matter occur via a videoconference proceeding, as opposed to an in person proceeding, it is hereby

ORDERED that sentencing shall proceed as scheduled on October 1, 2020 via the Skype for Business videoconference, if the Skype for Business platform is reasonably available. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/86UH8OP8.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

-- including their ability to access the link above.  Defense counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins.  Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business.  For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

2

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

            Call-in number:    +19179332166
            Conference ID:     960978624

IT IS FURTHER ORDERED that by **Friday, September 25,** defense counsel shall submit a letter informing the Court whether counsel and the defendant have successfully tested Skype for Business. If the defendant and counsel are unable to successfully test Skype for Business, an Order will issue informing the parties whether the sentencing shall be rescheduled to occur in person.

Dated:   New York, New York
         September 21, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge