```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     S1 18Cr728 (DLC)
                                         :
              -v-                        :         ORDER
ROBERT CAPOFARI,                         :
                       Defendant.        :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-15-2021

DENISE COTE, District Judge:

At the request of the Government and with consent of counsel for the defendant, it is hereby

ORDERED that the following documents shall be unsealed and docketed in the public record:

<u>Sealing envelope #21</u>: Designation Sheets, defendant's Information Sheet; waivers of Indictment form, and the Superseding Information S1 18 Cr.728.

<u>Sealing envelope #29</u>: The October 2, 2020 Judgment in A Criminal Case.

IT IS FURTHER ORDERED that all other previously sealed documents remain sealed.

Dated:   New York, New York
         January 15, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge